```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

MITCHEL S. GUTTENBERG,          :
                                          Civil Action No. 12-4530 (RMB)
            Petitioner,         :

            v.                  :    **ORDER**

WARDEN DONNA ZICKEFOOSE,        :
et al.
                                :
            Respondents.

This matter having come before the Court on Petitioner's submission of a Petition for a Writ of Habeas Corpus, pursuant to § 2241; and the Court having considered all filings made in this matter; and for the reasons expressed in the Opinion issued this same day;

IT IS, therefore, on this **11th** day of **April** **2013**,

**ORDERED** that the Petition for relief under 28 U.S.C. § 2241 is DENIED; and it is further

**ORDERED** that the Clerk of the Court shall close the Court's file in this matter.

                                        s/Renée Marie Bumb
                                        Renée Marie Bumb
                                        United States District Judge